UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

LILY S.P., ) No. CV 18-1055-FMO-PLA
)
    Plaintiff, ) **JUDGMENT**
)
    v. )
)
NANCY BERRYHILL, DEPUTY )
COMMISSIONER OF OPERATIONS )
FOR THE SOCIAL SECURITY )
ADMINISTRATION, )
)
    Defendant. )
_____ )

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that plaintif's request for remand is granted, the decision of the Commissioner is reversed, and this action is remanded to defendant for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge.

DATED: April 16, 2019

                                                                  /s/
                                       HONORABLE FERNANDO M. OLGUIN
                                         UNITED STATES DISTRICT JUDGE