UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILY SIMONE PASSELL, | ) CASE NO. CV 18-1055-FMO (PLA) |
| Plaintiff, | ) |
| vs. | ) **ORDER AWARDING EAJA FEES** |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that Plaintiff be awarded fees under the Equal Access to Justice Act in the amount of $7,500.00 (seven thousand five hundred dollars and no cents), pursuant to 28 U.S.C. §§ 1920, 2414(d).

EAJA fees having been awarded, the government will consider the matter of the assignment of EAJA fees to Plaintiff's attorney. Pursuant to Ratliffe v. Astrue, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether

-1-

the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment fees, to be made directly to LAW OFFICES OF LISA C. GILINGER, pursuant to the assignment executed by Plaintiff.  Any payments shall be delivered to Plaintiff's counsel.

IT IS SO RECOMMENDED:

DATE:  September 10, 2019  _____
PAUL L. ABRAMS
United States Magistrate Judge

IT IS SO ORDERED:

DATE:  September 10, 2019  _____/s/_____
FERNANDO M. OLGUIN
United States District Judge